UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 1:23-cr-448-JEB |
| WILLARD PURKEL, JR. | |

## WILLARD PURKEL'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE

Defendant, Willard Purkel, Jr., through undersigned counsel, respectfully submits his *Sentencing Memorandum and Motion for Downward Variance*, and attached letters, in anticipation of the sentencing set before this Honorable Court on September 12, 2024.

Mr. Purkel has pled guilty to the five counts contained in the Indictment, namely: (1) 18 U.S.C. § 231(a)(3); (2) 18 U.S.C. § 1752(a)(1); (3) 18 U.S.C. § 1752(a)(2); (4) 40 U.S.C. § 5104(e)(2)(D); and (5) 40 U.S.C. § 5104(e)(2)(G). He understands the serious nature of the crimes he has committed. He has fully and clearly accepted responsibility for his actions and stands ready to accept the consequences of those actions.

This Memorandum respectfully requests a sentence of <u>probation</u>, which, we believe, is a just and appropriate punishment for Mr. Purkel. Taking into account all of the factors under Section 3553(a), the best means of attaining a sentence that is "sufficient, but not greater than necessary," to achieve the purposes of sentencing

set forth in 18 U.S.C. § 3553(a)(2) is to impose a "below" the recommended guideline sentence, considering a sentence of "probation."

## LAW AND ARGUMENT

I.   A PROBATIONARY SENTENCE FOR MR. PURKEL IS WARRANTED UNDER 18 U.S.C. § 3553(A)

A district court "shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) [below]." 18 U.S.C. § 3553(a). "The court, in determining the particular sentence to be imposed, shall consider:

> (1) the nature and circumstances of the offense and the history and characteristics of the defendant;
>
> (2) the need for the sentence imposed—
>
> > (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
> >
> > (B) to afford adequate deterrence to criminal conduct;
> >
> > (C) to protect the public from further crimes of the defendant; and
> >
> > (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner."

18 U.S.C. § 3553(a).

In devising a sentence compliant with the "overarching provision instructing sentencing courts to 'impose a sentence that is sufficient but not greater than necessary' to accomplish the goals of sentencing," *Kimbrough v. United States,* 552 U.S. 85, 101 (2007); *see also Pepper v. United States,* 131 S. Ct. 1229, 1242 (2011), a district court must also consider the nature and circumstances of the offense and

the history and characteristics of the defendant, 18 U.S.C. § 3553(a)(1), the kinds of sentences available, 18 U.S.C. § 3553(a)(3), the sentencing guidelines and policy statements, 18 U.S.C. § 3553(a)(4) & (a)(5), the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct, 18 U.S.C. § 3553(a)(6), and the need to make restitution to any victims of the offense, 18 U.S.C. § 3553(a)(7). *See also United States v. Booker,* 543 U.S. 220, 245-46, 259-60 (2005). The United States Supreme Court repeatedly has made clear that the court must weigh all relevant Section 3553(a) factors to "make an individualized assessment based on the facts presented." *See Gall v. United States,* 552 U.S. 38, 50-52 (2007); *Pepper,* 131 S.Ct. at 1242-43.

Section 3553(a)(1) provides a "broad command to consider 'the nature and circumstances of the offense and the history and characteristics of the defendant.' " *Gall*, 552 U.S. at 50 n.6. That directive is consistent with the Supreme Court's observation that "the punishment should fit the offender and not merely the crime." *Pepper,* 131 S. Ct. at 1240 (*citing Williams v. New York,* 337 U.S. 241, 247 (1949)). It is similarly consistent with Congress' express directive that "[n]o limitation shall be placed on the information" a sentencing court may consider "concerning the [defendant's] background, character, and conduct." *Id.* (*citing* 18 U.S.C. § 3661).

Additionally, the Probation Officer, Mr. Andre Wilson ("Mr. Wilson"), correctly calculated Mr. Purkel's sentencing guidelines to be a total offense level of 9 and a criminal history category of I, resulting in a guideline imprisonment range of 4 to 10 months.  In doing so, Mr. Wilson applied USSG §4C1.1 finding that Mr.

Purkel met the criteria in USSG §§4C1.1(a)(1)-(10), and reduced the total offense level by two levels. Mr. Wilson noted that "the defendant received an adjustment under USSG §4C1.1 (Adjustment for Certain Zero-Point Offenders) and the defendant's applicable guideline range is in Zone A or B of the Sentencing Table. Therefore, a sentence other than a sentence of imprisonment, in accordance with USSG §5C1.1(b) or (c)(3) is generally appropriate. USSG §5C1.1, comment. (n.10)."

The Government has objected to Probation's finding that the two-level reduction pursuant to USSG §4C1.1 applied. Mr. Purkel asserts that the Probation Officer clearly made a determination that Mr. Purkel's actions did not rise to the level of "use of violence or credible threats of violence in connection with the offense." Mr. Wilson reviewed the facts surrounding Mr. Purkel's "contact" with Capitol Police, and as a result of said contact, Mr. Wilson added three-levels. USSG §2A2.4(b)(1)(A)." Thus, Mr. Wilson reviewed the issue of "contact" and came to a determination that although there was contact, it did not rise to the level of "use of violence or credible threats of violence in connection with the offense." Accordingly, it is not inconsistent that Mr. Wilson found that both the three-level increase for "contact" was appropriate, as well as the two-level reduction pursuant to USSG §4C1.1. Accordingly, Mr. Purkel respectfully requests that this Honorable Court also find that the two-level reduction pursuant to USSG §4C1.1 was appropriate and properly applied.

Given the nature and circumstances of Mr. Purkel's offense and his personal history and characteristics and all other relevant factors, a sentence "below" the

recommended guideline sentence is a just and appropriate sentence for Mr. Purkel. Further in support thereof, letters submitted to this Honorable Court are attached hereto under seal as Exhibit "A."

### A.   Mr. Purkel's Personal History and Characteristics (18 U.S.C. § 3553(a)(1))

Willard Purkel, Jr., was born on January 30, 1972, in New Orleans, Louisiana to the marital union of Willard Purkel, Sr., and Marilyn Purkel. Willard Purkel, Sr., retired from FedEx as a mechanic. Marilyn Purkel is also retired and previously worked in medical transcription. Mr. Purkel's parents presently reside in Ponchatoula, Louisiana. Additionally, Mr. Purkel has three sisters with whom he has a good relationship.

In October 1990, Mr. Purkel enlisted in the United States Navy and was active duty until 1992. He was then Active Reserve from 1992-2003, and during said time, he was on active duty in support of Iraqi Freedom from 2002 to 2003. Mr. Purkel was then honorably discharged at the end of his service in 2003.

Mr. Purkel married Beverly McMillan in 1997, and of their union, Colby Purkel ("Colby"), age 27, was born. The marriage was short lived and Mr. Purkel raised Colby almost exclusively by himself, without much financial support from Colby's mother. As this Honorable Court is aware, Colby was a co-defendant in this case. Mr. Purkel has deep regret and remorse for causing Colby to be in the position of a defendant in this matter, and takes responsibility for the lapses in judgment that occurred in being present in Washington, D.C. on January 6.

Along with his son, Colby, and Colby's fiancée, Mr. Purkel resides at 20356 Helenburg Road, in Covington, Louisiana. Mr. Purkel owns his own business and works as an expert mechanic. Colby works for Mr. Purkel as a mechanic. Colby's sole source of income is his employment with his father. Mr. Purkel respectfully asserts that he is the only one that can run his business and that a custodial sentence will jeopardize his customer base and business, potentially resulting in a loss of his business and income for he and his son.

Additionally, Mr. Purkel is currently under the care of Dr. Farhad X. Aduli, M.D., FACC, and Dr. Aduli's letter to this Honorable Court is attached hereto. According to Dr. Aduli, Mr. Purkel suffers from cardiovascular disease and severe anxiety. Mr. Purkel suffered a subacute myocardial infarction (light heart attack) in early 2024, resulting in a coronary stent procedure on July 1, 2024. Additionally, Mr. Purkel has other coronary arteries with moderate coronary atherosclerosis, causing Dr. Aduli to have serious concerns about the effects that incarceration will have on Mr. Purkel. Mr. Purkel is also attending weekly cardiac rehabilitation sessions, which will continue for at least several more months.

Mr. Purkel has never been in any trouble prior to the crimes he committed on January 6, 2021, and has not had any offenses since 2021. Following the subject incident, Mr. Purkel did not brag or boast about same, and did not post any pictures or videos to social media surrounding the Janaury 6 incident. To the contrary, he has full accepted responsibility and has pled guilty.

Also, as contained in the attached supporting letters, Mr. Purkel has been generous and charitable, and has gone out of his way to help others. The actions of Mr. Purkel undoubtedly show his compassion and generosity for others, and his true character.

### B. Nature and Circumstances of Mr. Purkel's Offense (18 U.S.C. § 3553(a)(1))

Mr. Purkel takes full responsibility for his actions. He admits that this was a critical lapse in judgment on his part and a personal failure for which he is responsible. Mr. Purkel hopes that his acknowledgement of wrongdoing and his full acceptance of responsibility will allow him to begin the process of correcting his wrongdoing. He has been a good and productive citizen up until the instant offense and is a criminal history category one.

With respect to the offenses herein, Mr. Purkel pled guilty to all five counts contained in the Indictment as the parties could not reach a "plea agreement." The Court may recall that in order to reach a plea agreement, the Government asserted that Mr. Purkel was to waive any rights to assert any argument regarding the application of USSG §4C1.1. Thus, Mr. Purkel entered a plea to the Indictment without a "plea agreement." This issue between the Government and counsel for Mr. Purkel played a part in delaying Mr. Purkel's desire to enter a guilty plea and to accept full responsibility sooner.

Again, Mr. Purkel accepts full responsibility for his actions. However, Mr. Purkel had no intentions of being personally violent. Admittedly, Mr. Purkel was part of a crowd that forced their entry through the East Rotunda Doors into the

Capitol, and he did make contact with an officer(s).  However, Mr. Purkel had no intent to violently touch, push, pull or otherwise assault any officer(s).  The crowd was moving back and forth and Mr. Purkel made incidental contact with the officer(s), after which Mr. Purkel was pushed back by another officer.  Mr. Purkel did not make contact with the intent to harm, nor was his contact accompanied by fury, vehemence, or outrage. (See *U.S. v. Yang*, USDC, District of Columbia, 1:23-cr-00100-JDB, Doc. 38, p. 7).  After being inside for no more than a few minutes, Mr. Purkel peacefully and immediately left the Rotunda when instructed to do so by Capitol Police.

### C.  The Requested Probationary Sentence Is Sufficient, But Not Greater than Necessary, to Satisfy the Purposes of Punishment (18 U.S.C. § 3553(a)(2))

Mr. Purkel respectfully asserts that the requested probationary sentence will achieve retributive justice, and is sufficient to satisfy the purposes of punishment as outlined in 18 U.S.C. § 3553(a)(2).  More specifically, the requested punishment reflects the seriousness of the offense, promotes respect for the law, and provides just punishment for the offense; it affords adequate deterrence to criminal conduct; and, it protects the public from further crimes of the defendant.

Mr. Purkel has fully accepted responsibility for his conduct and has expressed genuine remorse.  He has also been subjected to embarrassment and shame for his actions in this matter, for which he knows he is responsible.

With regard to deterrence, the requested punishment is an adequate and appropriate penalty that will serve the purpose of deterring Mr. Purkel from

breaking the law again.  Prior to the instant lapse in judgment, Mr. Purkel has
never committed a crime, and will not do so ever again.

### D.   The Sentencing Guidelines Calculation (18 U.S.C. § 3553(a)(4) & (5))

Mr. Purkel has a criminal history category I, and his advisory sentencing
guidelines range is 4 to 10 months.  Probation properly calculated the guidelines as
follows:

| | | |
|---|---|---|
| Base Offense Level | 10 | |
| Specific Offense Characteristics | +3 | |
|     Adjusted Offense Level (Subtotal): | | <u>13</u> |
| | | |
| Acceptance of Responsibility | -2 | |
| Chapter Four Adjustment:  USSG §§4C1.1(a) and (b) | -2 | |
|     Total Offense Level: | | <u>9</u> |

Respectfully, because Mr. Purkel's applicable guideline range is in Zone B of
the Sentencing Table, and because he received an adjustment under USSG §4C1.1,
a sentence other than a sentence of imprisonment, is generally appropriate. USSG
§5C1.1, comment. (n.10).

### E.   The Need to Avoid Unwarranted Disparities (18 U.S.C. § 3553(a)(6))

Mr. Purkel's requested sentence of "probation" would not create a disparity,
much less an unwarranted disparity, among defendants with similar records who
have been found guilty of similar conduct, 18 U.S.C. § 3553(a)(6).

For example, the defendant in *U.S. v. Yang* had similar facts to the instant
matter, and was charged with the same identical five counts as Mr. Purkel, (1) 18
U.S.C. § 231(a)(3); (2) 18 U.S.C. § 1752(a)(1); (3) 18 U.S.C. § 1752(a)(2); (4) 40 U.S.C.
§ 5104(e)(2)(D); and (5) 40 U.S.C. § 5104(e)(2)(G). (See *U.S. v. Yang*, USDC, District

of Columbia, 1:23-cr-00100-JDB, Doc. 38, p. 3). However, Mr. Yang pleaded guilty

to only the civil disorder count pursuant to a plea agreement with the Government.

He admitted to making physical contact with the officers and agreed that this

contact triggered a three-level sentencing enhancement. *Id.* After a disagreement

between the Government and the defendant regarding the application of USSG

§4C1.1, the Court ruled that USSG §4C1.1 applied and granted Mr. Yang the two-

level guideline reduction. *Id.* at 10.

The Government's guideline calculation in the *Yang* matter was, as follows:

| Count One: 18 U.S.C. § 231(a)(3) | | |
|---|---|---|
| U.S.S.G. § 2A2.4(a) Base Offense Level | 10 | |
| U.S.S.G. § 2A2.4(b)(1)(A) Offense Involved Physical Contact | +3 | |
|     Total: | | 13 |
| Acceptance of Responsibility (U.S.S.G. §3E1.1) | -2 | |
|     Total Adjusted Offense Level: | | 11 |

(See *U.S. v. Yang*, USDC, District of Columbia, 1:23-cr-00100-JDB, Doc. 34,

p. 16).

After the *Yang* Court granted the two-level decrease pursuant to USSG

§4C1.1, the total offense level for Mr. Yang was a level <u>9</u> with a guideline range of 4

to 10 months, identical to the Probation Department's proposed guideline level and

range for Mr. Purkel.

Mr. Yang was ultimately sentenced to 24 months of probation, along with a

restitution order of $2,000, and the Court imposed other mandatory and standard

conditions. (See *U.S. v. Yang*, USDC, District of Columbia, 1:23-cr-00100-JDB, Doc.

36, p. 2-6). Accordingly, in the event that this Honorable Court sentences Mr.

Purkel to probation, along with other mandatory and standard conditions, as well

as restitution, the probationary sentence would be in line with the sentence of Mr. Yang.

## II.   THE GOALS OF SENTENCING WILL BE MET WITH A BELOW THE GUIDELINE SENTENCE TO PROBATION

Willard Purkel, through his own acknowledged fault, has suffered emotionally, mentally, and physically as a result of the crime he committed. The emotional and physical toll this case has had on Mr. Purkel and his family are difficult to measure or describe. Mr. Purkel also understands the crimes he committed and the toll it has taken on the police officers, the members and staff of Congress and the executive Branch, and the United States as a whole.

Mr. Purkel again accepts full responsibility and he will not commit another crime. He has had no infractions while on bond, and will not have any in the future. Respectfully, after carefully considering all of the circumstances surrounding this case, Mr. Purkel respectfully asserts that a sentence of "probation" is the just and appropriate punishment in this case. It is a sentence that is sufficient but not greater than necessary to meet the sentencing goals under 18 U.S.C. § 3553(a).

This sentence would also allow Mr. Purkel to continue working in the business that he started that supports him and his son, Colby. He would also continue to receive his ongoing treatment with his cardiovascular doctor. Mr. Purkel has been compliant with all pre-trial supervision and has had no infractions. In the event that this Honorable Court sentences Mr. Purkel to probation, Mr. Purkel will certainly be compliant with any and all mandates placed upon him.

## CONCLUSION

Based on the Section 3553(a) factors set forth above and the requested downward variance, counsel for Willard Purkel, Jr., respectfully asserts that a sentence of "probation" would be "sufficient, but not greater than necessary" to reflect the nature and circumstances of the offense, the history and characteristics of the defendant, the need for the sentence imposed, and the need to avoid unwarranted disparities. Undersigned counsel has the utmost confidence that Mr. Purkel will not embarrass this Court and will follow all mandates placed upon him by this Honorable Court.

If this Honorable Court sentences Mr. Purkel to imprisonment, he respectfully requests that this Honorable Court recommend to the Bureau of Prisons that he be assigned to the FPC in Pensacola, the closest FPC to Mr. Purkel's home and family.

For all of the reasons set forth above, Willard Purkel, Jr., respectfully requests that this Honorable Court grant his request for a downward variance and impose a sentence of probation.

Respectfully submitted,

LAW OFFICE OF DAVID I. COURCELLE, LLC
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana  70002
Telephone:  (504) 828-1315
Telecopier:  (504) 828-1379

By: */s/ David I. Courcelle*
   */s/ Scott C. Stansbury*
   DAVID I. COURCELLE (La. Bar No. 23696)
   SCOTT C. STANSBURY (La. Bar No. 34777)
   dcourcelle@courcellelaw.com
   sstansbury@courcellelaw.com
   *Attorneys for defendant, Willard Purkel, Jr.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | CASE NO. 1:23-cr-448-JEB |
| WILLARD PURKEL, JR. | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, the foregoing Sentencing Memorandum was served upon the following via email:

(1) **Brendan Ballou, Special Counsel**
U. S. Attorney's Office
601 D Street NW
Washington, DC 20001

Respectfully submitted,

LAW OFFICE OF DAVID I. COURCELLE, LLC
3500 N. Causeway Blvd., Suite 185
Metairie, Louisiana 70002
Telephone: (504) 828-1315
Telecopier: (504) 828-1379

By: */s/ David I. Courcelle*
*/s/ Scott C. Stansbury*
DAVID I. COURCELLE (La. Bar No. 23696)
SCOTT C. STANSBURY (La. Bar No. 34777)
dcourcelle@courcellelaw.com
sstansbury@courcellelaw.com
*Attorneys for defendant, Willard Purkel, Jr.*

**Louisiana Heart**
and Vascular Institute

August 29, 2024

The Honorable James E. Boasberg

Chief Judge

United States District Court for the District of Columbia

Washington, D.C. 20001

Case: Willard Purkel

20356 Helenbirg Rd.

Covington, LA 70433

DOB: 01/31/72

Dear Chief Judge Boasberg,

Mr. Willard Purkel is currently in my care. He suffers from cardiovascular disease and severe general anxiety. He suffered a subacute myocardial infarction (light heart attack) earlier this year which required a coronary stent procedure on July 1, 2024. He has other coronary arteries that have moderate coronary atherosclerosis. Mr. Purkel's condition will require lifelong medical therapy.

I believe that severe anxiety and stress contributed to his coronary artery disease and specifically the subacute myocardial infarction that he experienced. As a result, I have significant concerns about the effects that incarceration will have on his health.

I would respectfully ask the Honorable Court to take into consideration Mr. Purkel's health in any decisions that are made.

Most Respectfully,

Farhad X. Aduli, MD, FACC

Honorable Chief Judge Boasberg.
U.S. District court for the district of Columbia
333 Constitution Ave N.W.,
Washington D.C. 20001

   Good morning Honorable Judge Boasberg. As stated to me by my lawyer, it is my understanding I will have the opportunity to speak during my sentencing. I humbly address this letter to you as a more detailed view into my collective thoughts on the serious matter. Reflecting on my youth; growing up (to put it plainly) we did not have much. My parents did indeed work to the bone to provide for the household. A household shared amongst my parents, myself, and my three sisters (two older, one younger). With 6 people collectively, it cannot be understated, times were tough, financially and occasionally socially given the "sibling rivalry" adage. During my tenure in grade school, I was a skinny kid who was picked on with occasional regularity. I always stood up for myself and did my best to maintain my confidence.

   I had a tight knit group of pals, some of which provided character reference letters. I was fortunate enough to be mentored by a neighbor and someone who would become a great friend. A late gentleman by the name of Barry Crawford. At the time, a retired chief engineer for the New Orleans Superdome. As a boy I always had an affinity for cars, however Mr. Barry really opened the door and introduced me to the world of hot-rodding. My pops was a mechanic by trade however he worked many hours to provide for us and that unfortunately did not leave much room for quality time.

   As the years progressed I became better friends with my above mentioned peers. I really got involved in my desired craft as a mechanic, but sadly did not have the best relationship with my parents at the time. Understandably, making ends meet as I know first-hand is tough, especially with children. Post graduation I attended some college but quickly realized I was not cut out for it. I proudly enlisted in the Navy in 1990 and graduated from boot camp in NCTC Orlando, FL. Via my tours and deployments throughout, one friend and shipmate in particular, the late Rickey Jolly had introduced me to his sister-in-law, who would later become my partner and mother to my pride and joy.

   On July 9th of 1996 my son was brought into this world. Being a father is the most incredible, scary, rewarding, enlightening, humbling, and fulfilling, experience. I would not trade one single iota of our time together for anything on this planet. From the age of 2, Colby has been raised by only myself, save for the help of my sister when I was activated in 2003 for Iraqi Freedom. My son has seen me at my best, and he has seen me at my worst.

And unfortunately, there have been times where he has been right next to me through the "worst." With respect I do believe this qualifies as one of those times. In wanting to teach Colby everything I know to give him a better life, even though he is an adult now, I still see the short 6 year old kid that I remember so well. There is a valuable lesson to be taught in this experience as well, as he and I are both learning it together and relying on each other as we have in the past. Your Honor I hope I can convey my feelings through my words to you as a father. The difficulty of carrying the pain of responsibility of not having been more vigilant and not steering my son as well as myself away from potential trouble. Causes me heart ache and guilt. Acknowledging our participation on that day undermines everything I've taught him up to that point. And the pain of this is something I carry every day. I've had difficulty saying these words to my son, and it is still a challenge to say them now as through typing these words, I realized I've internalized a lot of pain. Overcoming my difficulty in writing this as well as talking about it is part of this growth process. A process in which one cannot grow from ones mistake unless they can acknowledge where they went wrong.

In that split second decision to go down to the capitol, no thought was put into any wrongdoing or future ramifications. I recall being glad to be in the warmth of our hotel room prior to a curiosity driven decision to go to the capital. Having never been to the capitol before and being unfamiliar with the area, we went where we assumed was okay to go by following the crowds. Once on the grounds and having observed collective masses surrounding the outer perimeter, we were not physically aware of our location. My inquisitiveness mistakenly drove me to a place, surrounded by others, where we did not belong. Making coherent decisions dissipated and was overshadowed by the ignorance and curiosity of only wanting to see inside. While I can appreciate others that share a similar political belief, we realized not too soon that the manner in which those beliefs were exercised were way out of context and were wrong. As I sat in church on July 7th this year, while speaking of freedom in his sermon. Father Rodney Bourg reflected that, "our voice is expressed at the ballot box, anything beyond that undermines the integrity of our democracy which our forefather set in place."

In closing, for my son, myself, and the governments sake. I humbly apologize, realize, and appreciate the gravity of Your Honor having to perform your duty on behalf of my actions. I sincerely regret my actions that day that caused physical and emotional distress to the Capitol Police and everyone else at the capitol. In my reflection since, I am shameful to have participated and contributed to the physical damage experienced by the Capitol building, its LEO, and burdening Your Honor and the court with having to deliberate over these cases. I am truly sorry for the crimes I committed.  I will never commit another crime.

You have my word. Your Honor, I graciously thank you for your time and consideration in reviewing this letter and others sent on my behalf.


With sincere regards

- Willard J. Purkel Jr.

The Honorable Chief Judge Boasberg
U.S. District Court for the District of Columbia
333 Constitution Ave N.W.,
Washington D.C. 20001


Your Honor, I am Willard Purkel's only son, Colby Purkel. Unfortunately, through my poor decision making in a decisive moment, I have had to navigate my way through the federal court system just as my dad after me. To state it is an unnerving and frightening process would be to understate it. Throughout my dad's 52+ years on this earth, he has faced more trials, hardships, and indeed tribulations than I can shake a stick at. During those processes, my father has never affixed his gaze on anything other than working as hard as humanly possible to survive and provide for myself and our wellbeing.

This is a trait also reflected during his time in the Navy as many things. A gunner's mate on the USS Austin LPD4 which is a landing platform dock, or amphibious ship. Where he then became a member of Special Boat Unit 22 (SBU22) as what is now known as SWCC (special warfare combat crewman). My dad's responsibility was to maintain mechanical functions of the Boston Whaler, as well as provide cover fire for the accompanying seal team while performing insertions and extractions. Furthermore, he became a CM and UHF/VHF sat com Operator in the Navy Mobile Combat Battalion. Where he not only excelled in ensuring all equipment was up to par, he was the radioman that provided (at times) much needed supplies and support for NMCB 28 and fellow attachments from neighboring branches and ally militaries. His dedication to put others before himself has never wavered and has extended beyond his time in the Navy and Seabees.

For a long time, and many times dad would hold two or even three jobs to ensure we had a roof over our head whilst providing me with the opportunity to be a student at private Catholic schools. Starting at the age of 8, I watched dad operate as a mobile mechanic on his own. His determination not to fail would require he work most weekends the first 3 to 5 years to ensure we had a roof, food, and that his feet stay planted. After many years of hard work (an ethic he has also instilled in me) we have a decent customer base that allows dad to make many contributions to our family and the community. Beit material items, donations, or even time in his schedule to help however needed.

For years, dad dreamed of one day being able to build my grandpa a truck that was always talked about at family functions. (a replica of the truck my grandpa had whilst dad was a young boy.) Many family trips were taken in that truck by them at a young age. I'm proud to say dad and I were able to work hard and make that dream a reality for my grandpa in 2020.

Since his success, he has never passed the opportunity to be the best son, uncle, friend and father to those around him. I would consider his generosity and caring nature second to none. He alone has raised me while exhibiting all the above-mentioned qualities, and has done his absolute hardest to instill them into what he has taught me.

Regardless of what work, living, or financial hardship he and I were experiencing at any given point in time. His hard work and unwavering dedication to provide has not left much time for self-care. In April of this year my father was diagnosed with a deadly heart disease known as ischemia following a mild heart attack. Where doctors detected 3 blockages in/around the heart. His surgery would yield a 100% blockage in the lateral anterior descending artery, known as the widow maker artery, and 20/30 % blockages on other surrounding arteries for which he now takes lifelong medication for daily.

Despite these trials in life dad has remained focused on his craft and especially those he loves around him. Though with my constant reminding to take good health and care of himself. Dads' determination and selfless acts throughout are only a glimpse into the hardworking, caring individual he is as a friend, relative, and Father. In my 28 years on this earth, he has done anything and everything he could to ensure I did not experience the same hardships he did growing up and as a single father on his own. He has opened his home to myself and my fiancé as a place to live as we work to save for starting our life together, as he has done in the past for relatives in need of a place to stay for some time.

My dad is a staple hold in not only our lives, our animals' lives and our home. But also, to the customers he has worked so hard to acquire and maintain over the years. His absence would have negative effects on local businesses' ability to perform their duty and provide their service without working equipment dad is responsible for. I express with great sincerity, that extended time away would have dire financial and emotional tolls on my father, as well as myself and my fiancé. My father and I have confided in each other through this frightening time, he much so has expressed penance for the actions taken place that day. Your Honor, with the utmost respect, I understand it is your place and duty to make judgment on cases how you deem fair and fit within the guidelines that U.S. law allows. I genuinely and warmly ask that the character of my father, his community and military service be highly considered in your decision of judgement on the actions of the poor decision he acknowledges making. I respectfully and humbly thank you for your time reading this letter and I whole heartedly appreciate your consideration Your Honor.


With sincerity,

Colby Purkel

**The Honorable Boasberg**
U.S. District Court for the District of Columbia.
333 Constitution Ave N.W.
Washington D.C. 20001

Dear Judge Boasberg,

I am writing to you regarding Willard Purkel, who is both my partner of fifteen years and an esteemed member of our community. I respectfully request your leniency in his case, given the profound impact he has had on countless lives, including my own, his family, and his community.

Will, a dedicated military veteran, is a person of exceptional character—reliable, trustworthy, and selfless. His contributions extend far beyond his professional life, as evidenced by his numerous acts of kindness and service. For example, when my sister's children had their bikes stolen, Will, without having met them, generously purchased four new bikes. He has also volunteered countless hours repairing my sister's and niece's cars at no charge and has built classic cars for both his father and me.

His devotion to family is evident in his upbringing of his son as a responsible and thoughtful adult. Will stepped up as a father figure to my nieces and nephews, attending their events and providing support in numerous ways, including birthday gifts and attending volleyball tournaments.

Moreover, Will has been an indispensable support system for my family. After my brother's tragic passing, he took on responsibilities such as yard work and home maintenance for my parents, showing his deep compassion and commitment to those in need.

Will's dedication to his community is further demonstrated by his regular attendance at Mass, charitable donations, and support for organizations like St. Joseph Indian School and local animal shelters. He even bought and continues to make payments on a truck for his parents, highlighting his generosity and responsibility.

His commitment to helping others was especially evident after Hurricane Ida. Will did not evacuate during or after the storm. Instead, he devoted his time to keeping generators running at my parents' house, other family members' homes, and various locations throughout the City of Harahan. He worked tirelessly on clean-ups, including yard work, roof tear-downs, and roof tarping. He also assisted with cleaning up a friend's mechanic shop that was damaged, relocating Blue Flash property from moldy environments in temperatures over 100 degrees for over a month, all while managing his own property and business workload.

Will's role at Blue Flash Sewer Service as an on-site emergency mechanic is absolutely critical to our operations. As both my partner and indirectly a co-worker, his mobile services are essential to our day-to-day operations. His ability to provide immediate, on-site repairs and his extensive knowledge of our vacuum trucks and relationships with parts suppliers are unparalleled. We would struggle to find anyone who could match his speed and expertise. Since

much of our work is for municipalities such as the City of New Orleans, Plaquemines Parish, and Jefferson Parish, his absence would severely impact our operations and the communities we serve.

Recently, it was discovered that Will had a 100% blockage in a critical artery known as "the widow maker." He underwent a procedure to have a stent placed and has had to make significant changes to his daily life to manage his health. Given the severity of his condition, any additional strain could jeopardize his ability to continue his work and fulfill his responsibilities to those who depend on him. This includes not only his professional obligations but also his extensive personal commitments to family and community.

The past four years have been particularly challenging for Will, his family, and me. Despite these difficulties, Will has remained a pillar of strength and support. His contributions to our lives and the community reflect his enduring character and commitment to helping others.

I sincerely hope you consider this letter when making your decision. Will's continued ability to work and support those who rely on him is of utmost importance. His positive influence and the far-reaching effects of his absence cannot be overstated.

Thank you for your time and consideration.

Respectfully,

Lisa Cannon
Office Manager
Blue Flash Sewer Service

# WILLARD, SR. & MARILYN PURKEL

40107 RIVER ROAD, PONCHATOULA, LA  70454

August 3, 2024

Re:   Willard Purkel, Jr.

Dear Judge Boasberg:

We are the proud parents of our only son, Willard Purkel, Jr.  We consider ourselves very blessed because we were informed early on that our unborn baby would not survive, but he did, testimony to his determination to have a life.

Our son never gave us grief.  As a child, he was always orderly, and cherished, and took great care of his belongings.  His grandmother, who was a positive influence in his life, loved him dearly.  He was particularly special to her, though he was one of dozens of grandchildren.

As a teenager, he rode his bike to his job to help pay for his needs and expenses.  He joined the U.S. Navy after graduating high school and served in the Gulf War.  He continued in the USN Reserve, and after approximately 12 years, he was medically discharged due to an industrial accident with chronic injuries to his neck, back, and legs.  More recently, he has experienced complications involving his heart.  Despite these challenges, he has founded and maintains a business of auto, truck and heavy equipment repair, and has been quite successful.

Without glory-seeking or in pursuit of recognition, he has often been known to assist others who are struggling financially, family as well as strangers.  Generous to a fault, he is a good son, brother and father.  The world is certainly a better place because of him.

He was raised to have a conscience and to be responsible for his actions.  As evidenced by lack of a criminal record, he would not knowingly do wrong, and in this case, immediately followed instructions to exit the building on January 6, without question, and without a full understanding of what may have been transpiring.

In light of the foregoing, as his parents, we would ask that he be allowed to continue with the life he has created for himself, and that his record not impede his ability to do so.  More recently, he has experienced complications involving his heart.

With gratitude for your consideration of the above,

Sincerely,

*Willard Purkel Sr.*
Willard Purkel, Sr.

*Marilyn Purkel*
Marilyn Purkel

# LEAH STEELE

114 DRURY LANE • SLIDELL, LA 70460

August 5, 2024

Dear Judge Boasberg:

I am writing on behalf of my brother, Willard Purkel, Jr.  It is an honor to vouch for his character and integrity.

My brother has always displayed qualities of honesty, integrity, and responsibility in all of his roles and encounters, whether as a brother, a son, a grandson, an uncle, a nephew, a friend, or any of his other roles, including those of his personal endeavors.  It is hard to quantify how selfless, charitable and helpful he has been, to family, friends, and strangers alike, but he has always been generous to a fault.

I can tell you there were times early in his career when he was struggling financially himself, and yet, he came to my rescue on more than one occasion.  Many was the time that he came to my aid, whether I, as a college student, was on the road to and from work and my car broke down, or he surprised me with bags and bags of groceries when I didn't have the money to buy them myself.

As my brother's business became profitable, he generously included family in trips he took for rest and recreation, including attendance at Blue Angels Air Shows.  In recent years, finances and circumstances permitting, he has treated our family to tickets to see the TransSiberian Orchestra.  He has also made a point of ensuring that our summer seasonal family gatherings are special with water inflatables for old and young alike.  A few years ago, he undertook a great labor of love by restoring a 1961 Chevrolet pickup truck for our father, having the original bench seat from our dad's beloved old truck reupholstered, and restoring the truck around this color scheme.

Family has always been of paramount importance to my brother.  When his only child was a toddler, his estranged wife fled with their son during a scheduled visitation in an effort to evade the domiciliary custody my brother had been awarded, as well as the child support she had been ordered to pay.  My brother, with the help of our parents, took decisive steps to regain care and custody of his child, whom he has raised as a single father ever since, absent any financial support from his child's mother.

In addition to the aforementioned qualities, Will has extended his enthusiasm and support to others.  It is safe to say that he has never met a stranger.  From the childhood friendships he maintains to this day, to the friendships he has forged over the years, and the new friends he regularly makes through encounters with others during work or play, he is always generous in word and deed.

I believe that my brother's comportment and character are exemplary, and I am very proud to call him my brother.  His current difficulties notwithstanding, I humbly ask that, as you render judgment for the charges levied against him, you also consider his contributions as a private citizen and beloved family member, as well as a proud, patriotic Navy veteran and Seabee, who was decorated for his selfless service during Operation Iraqi Freedom. In addition, he was recently diagnosed with a 100% occlusion of one of the large coronary vessels of his heart, with lesser occlusions of additional vessels, for which he is still receiving treatment.  I hope you will also consider this extenuating circumstance in the final adjudication of his case.

Sincerely,

Leah P. Steele

**amyplafleur@gmail.com**

1721 Mill Gardens Drive
Ponchatoula, LA 70454
Phone: (985)215-9166

The Honorable James E. Boasberg

Chief Judge

United States District Court for the District of
Columbia

Washington, D.C. 20001

**Dear Judge Boasberg,**

My name is Amy Purkel Lafleur. I am the youngest sister of Willard Purkel Jr., on whose behalf I am writing today. I am also a registered nurse, as well as the proud wife of a veteran firefighter and police sergeant.

You have, no doubt, read many wonderful letters, attesting to my brother's long career and honorable medical discharge from the U.S. Navy, his thriving business, his impeccable character and huge heart. I am not being facetious when I say "to know my brother is to love him". Buddy, as we affectionately call him, is truly one of the most unselfish and kindest souls you will ever meet. Although I was not present for the day(s) in question, I feel my sisters and I can offer a unique perspective, as we were all raised in the same household, by the same parents, with the same morals and values. We were also raised with a healthy respect and fear of authority. My parents were (and are) big advocates of the golden rule, always reminding us to "do unto others as you would have them do unto you". This is a rule that I and my siblings still live by to this day. This is an important point, because my husband is not the only police officer in our family. Will and I also have a nephew who is a police officer. I know, firsthand, that the last several years have been very worrisome for law enforcement and their families, because we were one of them. Will is very close to both my husband and our nephew, and calls when he can, to check on my husband and to see how things are going with his jobs. In a world full of people only looking out for themselves, it's refreshing when a brother calls his sister's husband, with his only motivation being concern and worry for him. However, that's the kind of person my brother is, and it's one of the many reasons I consider myself blessed to be his sister. As simplistic as it may seem, my brother would never intentionally push a police officer, for the simple fact he'd never want that to happen to my husband or our nephew, accidentally or otherwise.

How often do we hear "you are judged by the company you keep"? I cannot speak to the motivations or character of the other people in question. However, I can say that my parents raised 2 registered nurses, an addiction therapist and a successful entrepreneur, none of whom think they are above the law. We were raised to respect and follow authority, as well as to help and do good for others when we are able, which my brother does, quite often. Judge Boasberg, I would like to humbly implore your leniency in sentencing my brother. I feel his big heart sometimes makes him a little naïve, when it comes to judging the motivations of others. Ironically, it's his big heart that I'm most concerned about. Since his arrest, he has had issues with recurring chest pain. As a result, it was discovered that he had a 100% blockage of his left anterior descending artery, also known as a

"widowmaker",  for which he had to have a stent. I fear what the stress of an extended jail sentence might do to his health, both physical and mental, as well as what implications it might have for his business and livelihood.

I humbly and respectfully request that the Honorable Court take into consideration Will's preexisting conditions, as well as the fact that this is his first offense, when deliberating on his sentencing.

Sincerely,

Amy Lafleur

amyplafleur@gmail.com
Amy Lafleur, RN
09/03/2024

Kelly C. Cazaux
President
Blue Flash Sewer Service, Inc.
P.O. Box 23243
Harahan, LA 70183
office@blueflash.net
504-888-2024



**BLUE FLASH**
**THE DRAIN ROOTER**
SEWER & DRAIN CLEANING

Drain-Cleaning - 24 Hr. Service
Water Jets - Pipe Locating
Sewer & Drain Televising

The Honorable Boesberg
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

7/4/2024

Dear Judge Boesberg,

Willard Purkel is a dedicated and hard-working individual with a heart of gold. His compassion, caring nature, and generosity have made a significant positive impact on both our company and the community. He has always been willing to go the extra mile, whether it's staying late to ensure our fleet is in perfect working order or helping a stranded colleague without hesitation.

One instance that particularly stands out occurred after Hurricane Ida. On his own time, Will came to our office and helped us move equipment, furniture, records, and other essentials. The area was without power for weeks, and Will could have easily left to seek comfort elsewhere. Instead, he chose to stay because he knew his community needed help. His selfless act during such a challenging time was a testament to his dedication and compassion. Without his help, our recovery process would have been much more difficult.

We all make mistakes, and sometimes good people make poor decisions. Will deeply regrets his actions on January 6th and is profoundly remorseful for his involvement. He has assured us that he will never attempt to do something of this nature again. Reflecting back, he realizes that he was swept up in the moment and recognizes it was a mistake. His current situation does not reflect the person we know him to be. He is committed to making amends and continuing to be a positive force in our community.

Additionally, Will is a hero who has fought for our country. We respect and honor him for his time served. His dedication and bravery in service to our nation further illustrate his strong character and commitment to helping others.

In addition to his personal qualities, Will is a specialist in maintaining and repairing our specific type of vehicles. He is the only one with such expertise in our area, making him an invaluable asset to our company. His absence would create significant challenges for our operations, further emphasizing the importance of his role within our team.

I firmly believe that a reduced sentence would allow Will the opportunity to demonstrate his commitment to personal growth and to making amends for his actions. Willard's absence would be profoundly felt by our company, his family, and the community. I respectfully ask that you consider his character, the positive contributions he has made, and the potential for his future contributions when making your sentencing decision.

Thank you for taking the time to read this letter. Please feel free to contact me if you need any further information.

Sincerely,

Kelly C. Cazaux
President
Blue Flash Sewer Service, Inc.

Dear Judge Boasberg,

I am writing this letter on behalf of a lifelong friend, Will Purkel.

Will and I became friends when I moved from Orleans Parish to Jefferson Parish and started the 7th grade at TH Harris Junior High. I had no friends and my parents were in the middle of a divorce. Will became a large part of me getting through junior high and then high school.

As high school was ending, Will and I were going into the Navy together. I unfortunately did not go with Will and ultimately entered law enforcement where I have been for the last thirty years. As Will came home from the Navy he met a woman who he married and had a child with. That woman left him to raise his son on his own.

Over the years, I watched as Will ran a business and raised his son on his own. Even being alone, Will raised a son who did well in school, was in the band, played baseball and learned a great trade of being a mechanic. Everything I observed in Will's life was dedicated to raising his son. There were never any issues with drugs, domestic violence issues, or any involvement with law enforcement.

Over time, I too ended up in the same situation as Will with raising a child, only I had to raise a daughter on my own. Will's experience and drive to work and raise a successful son showed me that I also had the drive and need to make sure a child did not end up a statistic. My daughter is now grown, married and expecting her first child. I am thankful for everyday not only for my accomplishments with raising my child but I consider Will, a mentor when it came to that.

Even though I am in law enforcement and fully understand the law, knowing Will's military background, love for his son, love for classic cars, and love for his business, which helps keep other business running smoothly, I whole heartedly believe that Will had no intentions of violating any laws of our great nation and is truly hurt for having the Courts have to do their job as it relates to him.

I sincerely ask that Will's past work experience, military service, dedication to his child as well as others will have a positive impact on decisions you have to make.

Sincerely,

Robert Stoltz

Brian J. Savaski
115 Acadia Lane
Destrehan, LA 70047

August 20, 2024

Dear Judge Boesberg,

Will Purkel and I have known each other for a long time. He was my best friend and everyone called him Buddy. He has always had a big heart. As my friend, he would never do anything to hurt me or anyone else. Buddy was a good influence on me and ensured none of us got into any kind of trouble. He grew up as a Catholic, respected his elders, and helped others who were in need.

Buddy even took on the tremendous challenge of raising his son on his own. He stepped up and made himself present. When times were tough he still prioritized others above himself. He is a provider for his family. He even started his own business to support the people around him. As a business owner myself, I know how much it means to him to be able to put food on the table.

Even though we have not seen each other in many years since our families moved apart, he's still my best friend. Buddy calls me on holidays and birthdays every year. The fact that he reaches out to me even though we are not as close shows me that he is still the kind, big hearted friend that I have known since childhood. Will Purkel is more than what this situation reflects. He is a caring father, a provider, a respectful person, and one of my best friends.

Sincerely,

Brian J. Savaski

# St. Labre Indian School

Ashland, Montana 59004

August 7, 2024

Will Purkel
20356 Helenberg Rd
Covington, LA 70433-5539

Dear Will,

You have continuously donated to St. Labre Indian School for the last 4 years which has helped us with our mission to make the students of St. Labre Proud, Prosperous, and free. More importantly, thank you for making the children feel loved and cared for. You are the one who gave the children hope when there seemed to be so little.

Sincerely,

*Alicia Todoroff*

Alicia Todcroff
Specials Acknowledging Clerk
St. Labre Indian School
112 St. Labre Campus Dive
Ashland, MT 59003
Direct line: 1-406-784-4901

*St. Labre Indian School has not provided goods or services as whole or partial consideration for this contribution.*

*Serving Native American Children of the Northern Cheyenne and Crow Reservations since 1884*
St. Labre Indian School at Ashland • Pretty Eagle Catholic School at St. Xavier • St. Charles Mission School at Pryor
Visit our website at: www.stlabre.org • Donor Toll-Free Number 1-866-753-5496



Gail Stilwell Maids Northlake LLC
70419 6th Street
Covington, LA 7433
maidsbygail@yahoo.com
985-892-3326

The Honorable Boesberg
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C 20001

REF: Willard Purkel

8/2/24

The Honorable Judge Boesberg,

I am writing this letter regarding Willard Purkel. I have known Will for 15-plus years beginning with booking an appointment through my business. We became fast friends bonding over our love for dogs. He became part of the family by getting to know each other over the years and becoming close friends. Will easily started earning my respect as a father, friend, hard worker, and Christian. As a man who served our country, raised a son alone, and started a business to provide for his family it became evident what kind of person Will is. I don't make those evaluations of many people easily.

Will has helped many of my employees over the years any time they had car trouble and never charged a single one. He knew what it was like to struggle and have hard times. He has always put others' needs before his own because he never forgot what it was like.

What happened on January 6 was a total mistake and bad judgment on his part. I hope one awful error on his part doesn't erase all the hundreds of good he has done in his life. I know for a fact how sorry and apologetic he is for his actions.

Will's absence will be extremely hard for his family, health, business, and community. I pray for you to consider these factors in your decision.

I sincerely thank you for taking the time to read and consider this letter. If I can be of any further assistance, please let me know.

Respectfully yours,

Colleen Laughlin
70419 6th Street
Covington, LA  70433

Dear Judge Boasberg,

 My very close friend and neighbor Willlard is a hard working and upstanding man of Covington, La . First and foremost his service to his country should be an indication of the person he is and the love he has for his country. I've known Willard for almost 20 yrs and he has been a great friend and a great father. His dedication to his company and his family is one that I have mirrored in my life and hope he is able to continue that without any disruption. He spends a lot of his spare time giving back to his community though the car clubs he belongs to and through his church which he belongs. I feel that the mistake Will made was a lapse in judgment. Through his actions I have witnessed first-hand, I have only known Will to be a generous, law abiding member of our community. As a friend and neighbor we have had many discussions and I whole heartedly believe Will completely regrets his actions. I sincerely plead with you to exercise leniency during Will's sentencing so he can continue to provide for his family, business and support his community and country in a heart felt way.

   Good day ,
Brian Gerhardt
Senior field Service Technician
Laborde Products



## ASAP Insurance Agents, LLC.

## BUSINESS, HOME, AUTO, WORKERS COMP. AND MORE...

September 2nd, 2024

The Honorable Judge Boasberg
United States District Court for the District of Columbia
333 Constitution Avenue N.W
Washington, D.C 20001

Re: Willard J. Purkel

Your Honor,

My name is Daneel E. Lucas. I own and operate a successful insurance agency in the states of
Louisiana and Mississippi. I have been in the insurance industry for 40 years and have come
across all walks of life in my profession.

I first met Mr. Willard Purkel in 2012 through my daughter, whom was a teenager at the time.
He was a single parent, faced with the same challenges of guiding and providing for a teenager of
his own, along with running a very reputable and successful business. He mentored my
daughter without hesitation. She would confide in him, seeking direction and guidance when I
was overwhelmed on numerous occasions. Today, I am proud to say she is an accomplished
Radiology Technologist and I wholeheartedly believe Mr. Purkel's influence on her helped pave her
way to success. He is a gifted individual to the community. Our personal relationship continues to grow
with inspiration and respect for each other.

As an insurance agent, I have a due diligence to vet all of my clients. Over the past 12 years, I can
delightfully confirm Mr. Purkel has never had any claims or lawsuits brought against his business and
the insurance carriers I have placed him with. We value him as a renewed client. His loyalty to my
agency is astounding. In today's society that is difficult to maintain with inflation cost. Mr. Purkel has
had to face this with his business and home insurance premiums over the past couple of years. He just
strives to work even harder to cover the cost. I am honored to have him as a client.

P.O. BOX 820
ABITA SPRINGS, LA 70420

(985) 871-5285 DIRECT
(800) 985-891 OFFICE/FAX
(985) 869-0718 CELL

*WE ARE SOARING TOWARDS THE BEST POSSIBLE RATES!*
ASAPINSAGENTS@YAHOO.COM

My knowledge of his character is that he is a proud and patriotic hero whom served his country voluntarily and was trained in defending it for the sake of all Americans. He loves this country. He grew up in a time where the Star Spangled Banner the National Anthem of the United States and Pledge of Allegiance were drilled into all of our Education and something to take pride in. It was boosted by Spirit days and as an adult, he continued his Patriotism in this belief.

His Candor regarding January 6th, 2020 speaks volumes to me. He is embarrassed to have been a part of such a horrific event. It took a lot of courage for him to tell me. He phoned me recently upset because as he reflected on his actions of that day, he wanted my opinion on misguided parenting. He is troubled by this one critical error in judgment that he made because he was caught up in the moment of his Patriotic beliefs. To him, he knows he can not change the past and does not know how to move forward from his guilt. He has never had to deal with such guilt before.

He went overboard with his Patriotism, but he is by no means a hardened or violent criminal and therefor does not belong in prison in my opinion.

I respectfully request that you consider leniency on him in lieu of harsh punishment. It would be a great disservice to the community if he was not allowed to grow and be given the opportunity to learn from his mistake.

Best Regards,

Daneel E. Lucas
(985) 869-0728

Honorable Chief Judge Boasberg
U.S. District Court for the District
Of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

To The Honorable Chief Judge Boasberg,

My name is Carmen Krail. I am a Registered Nurse with thirty-three years of experience, and I am writing on behalf of my brother, Willard Purkel, Jr. I am his older sister by only fourteen months so as you can imagine he and I have a close relationship.

My brother is a very generous and loving person. This is evidenced first by his decision as a teenager to serve our country in the military. He served in the U.S. Navy for fourteen years through two wars. During this time, he also married and had a child. Unfortunately, his wife was unfaithful while he was away serving our country, and he was left to raise his two-year-old son at the time. This is another example of the exceptional person he is. He took on the responsibility of raising his son alone, providing for him and playing the role of both mom and dad. He proudly raised his son with great love and dedication. As a result, his son is a wonderful, respectful young man today. My brother is generous and loving to those he doesn't even know. He gives money and food to the homeless he sees on the side of the road. He also brings Christmas gifts to Fairhaven Home for Children each year. He has a close relationship with my grandson, Benjamin who has Down Syndrome and is non-verbal. He joins us for the special Down Syndrome events and takes Ben for special rides in his sports car. My brother is a man of great Catholic faith attending church every Sunday. My brother is a special man with so much more good and love to continue to offer to others in society.

I appreciate your taking the time to learn who my brother truly is as a person. I'm available by phone if necessary.

Sincerely,
Carmen Krail
49541 Highway 1065
Tickfaw, La. 70466
985-634-1577

Honorable Chief Judge Boasberg
U.S District Court for the District of Columbia,
333 Constitution Ave N.W.,
Washington D.C. 20001

Good day Your Honor, my name is Pam Mercier. I would like to tell you about my relationship with Will Purkel. I have been a Barber/stylist for many years now.  Will and Colby have been my clients for 18 years, faithfully. Will and I have had many conversations in those years. We comforted each other in the rough times and laughed together in the good times. Will has been invited to family get-togethers because I look at him as a friend not only a client . Will is compassionate, kind, and reliable. At one point in my life, I was in a very bad relationship. After not having money for hotels and extended stays Will offer his home to me for free no favors asked. He knew I needed to be there alone so he and Colby found something to do away from his home that night.

Will is a veteran of the United States Navy. He unfortunately was injured badly less than one month returned from Iraqi Freedom and was honorably medically discharged after 14 years of service. Will is very compassionate about his country. I believe that's a factor to how he got in this situation. I know Will is expressively sorry that his curiosity and bad decision has caused him and his son to be in the situation they are in. With the stress this brought on Will he complained of chest tightness thinking it was the stress. I told him not to assume, to go see a cardiologist. He did and after all the test they did his hearts largest artery was 100% blocked . Thank God, he listened to me.

I've know Will to be a great father to his son. Just as he has helped me, he has done as well for others. Will would give you the shirt off his back. He has a terrific work ethic and a big heart. Both of which he uses in a positive way to improve situations and lives of other people. His efforts in the community and at work are critical. His departure from such will result in unfavorable and harmful situations for customers alike. I plead with Your Honor and hope you can view his character based on the unselfish deeds I have experienced first hand from Will. Please consider this letter in your decision. Thank you.

With kind regards,

-   Pam Mercier

Honorable Chief Judge Boasberg
U.S. District Court for the District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001


Your Honor,

I am writing to provide a personal reference for Will Purkel. Will has been a friend for almost ten years. We met when we were both working as fleet mechanics, myself for a local mechanic shop and Will as an owner of his own business. I have always admired his exceptional work ethic and his drive to care for and provide for his family.

Will and I both have interests in cars (Mustangs as well as classics) and have worked on each other's project cars over the years. Mr. Will also rebuilt an antique truck that he gifted his father years ago at Cruisin' the Coast. Will is also a generous donor to the Fair Haven Children's Home. Will always tries to attend any car shows donating money for children with medical issues, donations needed for the local community members, etc. Will is a hard-working, generous, and thoughtful person whose current situation does not accurately reflect his admirable character and who he is as a person. He is extremely remorseful for any involvement and realizes the weight and seriousness of the mistake made. I ask that Mr. Will be granted leniency, as I'm confident this would allow him to reflect and focus in a productive manner on his personal development, allowing him to focus his energies on being the hard-working, generous, and kind person that he is known by all to be. Will is also a veteran who has proudly served the United States Navy, and there are many people—myself included—who have always admired him for his service to this great country. Please consider his exceptional character, previous service, and previous contributions to this country and community when considering his sentencing. Thank you in advance for your time and consideration.

Sincerely,

Jon David Bisnette

Renee Rauch-Krail

164 Crapemyrtle Road

Covington, LA 70433

(504) 864-9802

Rrk0303@gmail.com


To the Honorable Chief Judge Boesberg,

I am writing on behalf of a family member, Mr. Willard Purkel, Jr.

Uncle Bud, as he is known, is my husband's uncle and has been an important part of my life for the past 14 years. He is a kind and devoted uncle to my husband, a fun and silly great uncle to my children, and a loyal friend to me.

I know Will has pleaded guilty. I am writing to offer a glimpse of who he is, and that is someone who is far more than the offense he has pled guilty to. I want to give you a fuller picture of who Uncle Bud is to us and how important he is to our family.

My husband and I had our first child when we were 19 years old. When Benjamin, our son, was born, we discovered he has Down Syndrome. At a time when we were young, scared new parents to this child with an unknown future, Uncle Bud came to the hospital and brought us some joy. He stayed in the hospital room with us for hours and hours making us smile and laugh and succeeded in lifting our spirits. Ever since that day, his love and devotion to Ben is unending. He has come to Ben's special needs baseball games, Down Syndrome awareness walks, and all 13 of his birthday parties. Ben can always count on Uncle Bud to be there for him. That is the type of caring and loving person that he is daily.

In addition to Will's love for our oldest son, as well as our other two children, his dedication to his family is never ending. There has been many times that family members have not been financially able to attend a special family outing and Uncle Bud offered to pay their way in order for everyone to go. The tickets to the Blue Angel's Homecoming air show, the admission to the Christmas lights at Bellingrath Gardens, the tickets to the Trans-Siberian Orchestra Christmas concert, the amusement tickets for Go-Kart rides in Destin – the list can go on and on. These are just more examples of the type of selfless, kind person that Will truly is.

I believe that Will's conduct and character are exemplary and make them deserving of your consideration. Please feel free to contact me at the number or email address listed above should you require any further information or clarification.

Thank you for your time and consideration,

Sincerely,

Renee Rauch-Krail

Dear Judge Boesberg,

I met Will in 2011 or 2012 by accident on a Sunday afternoon after a Saints football game. We share common interests in classic cars and Heavy trucks. He works on Heavy trucks as his job and I drive them so we communicate quite a bit in that aspect.

I've gone on several over night road trips to different classic car events with Will with the classic cars. He has countless times pulled over to help whoever needs assistance, including myself, on the side of the road missing the events. I've learned that it's not about the destination with Will but about the journey and helping others along the way. Will is the true definition of "He will give the shirt off his back if somebody else needs it". Will Is a joy to be around. Not long after I met Will, I learned that he is a very genuine and caring person.

Will and I have become good friends over the years to the point where I have asked Will and his son Colby if they would be custodians of my classic car until my grandson is of age to acquire it if I die before hand.

It is an honor and a privilege to have Will Purkel in my life as my friend.

Sincerely,

Paul Fitzgerald
8/5/2024

September 1, 2024

Tony Cacioppo

473 Choctaw Dr Abita Springs LA 70420

tonycacioppo3@gmail.com


Honorable Chief Judge Boasberg

U.S. District Court for the District of Columbia

333 Constitution Ave N.W. Washington D.C. 20001


Your Honor,

My name is Tony Cacioppo, I am retired from the Fire Sprinkler Industry and a member of Gulf Coast Classic Cruisers, a local car club.

I write this letter today in reference of Will Purkel. I have known Will for over a decade as a Veteran, single father, technician, small business owner and an all-around good guy.

I have seen Will's generosity and caring firsthand. Our Car club delivers gifts at Christmas to a local children's home. Will and his son always participate, bringing joy to the children at the home. He and his son always go their pockets to provide something extra for the children. Will participates and contributes at a yearly benefit Car show. The proceeds of this event go to a technical College that provides training and a future for its students. That being said Will has remains humble and never seeks recognition for his good deeds.

Will, has always been very giving of his time and talents. A few years ago he and his son put in long hours and built a classic pickup truck for his father and mother. Once the truck was finished, it was presented them to enjoy at outings as a family. It was always a joy to see them at outings enjoying the truck and meeting new friends.

Will is a small business owner and talented technician repairing trucks for businesses. These businesses count on Will and his business to keep their trucks and working order. Men and women count on these vehicles being in working order to provide for them and their families.  If Will was sentenced to jail time his absence would have a negative effect on these families and business's.

Thank you for your time and consideration.


Respectfully,

Tony Cacioppo

The Honorable Chief Justice Boasberg
United States District Court for the District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001

Dear Judge Boasberg,

I am writing to provide a character reference on behalf of my fellow Seabee and friend of 26 years Willard J. Purkel. My name is Stephen Lucia, I am retired Senior Chief from the US Navy with 34 years of service, and recently retired as a property crimes detective with the St. Tammany Parish Sheriff's Office.

I first met Will in 1998 when he was assigned to my detachment in Alpha Company of Naval Construction Battalion 28. In my role as Alpha Company Supervisor, I oversaw the repair and maintenance of naval heavy construction equipment. Myself and Will were qualified Seabee Combat Warfare Specialist. As such, Will proved to be an invaluable asset. Together, we deployed on numerous training and active-duty missions, and I could always rely on him as my right-hand man.

Prior to our assignment together, Will's service with Special Boat Squadron 22 involved repairing high-tech Boston Whaler boats used for insertion and extraction missions with various SEAL team units. Given the high-risk environments in which we served, I never questioned his readiness or dedication to our country. Although Will was less focused on advancing in rank compared to others, he found satisfaction in his role and the camaraderie with his fellow Seabees. His passion for his work was evident in his commitment to his duties and the quality of his character.

During Operation Iraqi Freedom, Will's contributions were recognized with several medals, including a Naval Achievement Medal awarded by Admiral Kubichs in 2003. Our friendship has extended beyond our naval service, and I have had the pleasure of working with Will on various community activities. For instance, while serving as a School Resource Officer, Will and I volunteered to present a Veterans Day program at a local middle school. We shared our experiences and showcased our military gear, an effort that was greatly appreciated by the students and staff.

Outside of our military and community engagements, Will and I share a passion for hotrods. We have participated together in the Hot Rod Power Tour, where he has consistently demonstrated his generosity and willingness to help fellow enthusiasts, often risking his own schedule to assist others in need.

I firmly believe that Will is a person of integrity and goodwill. His actions on January 6, 2021, which led to his current legal situation, appear to reflect a lapse in judgment rather than a fundamental departure from his character. Will has always shown respect for the law and its enforcers, and his family includes members who also serve in law enforcement.

I respectfully urge the court to consider Will's commendable service to our nation, his positive contributions to the community, and his character when determining his sentence. Thank you for considering this reference.

With kindest regards,

Detective Stephen Lucia (ret)
Property Crimes Detective, St. Tammany Parish Sheriff's Office.
Senior Chief, US Navy (ret)

September 2, 2024
Mary M. Jamison
480 Choctaw Dr.
Abita Springs, Louisiana 70420
Pvtbjmom01@bellsouth.net


Honorable Chief Judge Boasberg
U.S. District Court for the District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001

Your Honor,

My name is Mary M. Jamison, I retired from PoolCorp in Covington, Louisiana and I am a member of Gulf Coast Classic Cruisers, a local Classic Car Club which I have been the Treasurer for approximately 9 years. I write this letter today in reference of Willard Purkle.  I have known Willard for about 10 years when my husband and I joined the Car Club.  My first impression of him was, what a great Dad and man he is. Over the years of knowing Willard my first impression was proven to be correct. Willard loves our Country and served in the U.S. Navy.  After retiring from the U.S. Navy he worked for several companies as a Mechanic. After years of hard work and long hours, Willard finally started his own business.   He has taught his son to be the young man he is who works hard, respects and cares for other and willing to help when he can. I have seen how generous and caring Willard can be. Our Car Club gives to several Charities during the year. One is a Children's Home in Covington.  The club purchases gifts and the members purchase gift cards to give to the Home to help purchase Christmas Dinner and anything else the Home may need.  I have seen several times Willard has given a sizable amount of gift cards to assure these Children have a wonderful Christmas.  We also attend many local Car Shows that money raised goes to First Responders and a Technical College that provides training and a future for its students.
After working long hours several years ago, he and his son built a Classic Pickup Truck for his parents, so they could enjoy riding along with Willard for Cruising the Coast held each year in October in the great state of Mississippi.
Many of the members of our Car Club often get help from Willard who is one of the best mechanics known in Covington.  He never refuses to help solve anyone's mechanical issue they may have and never too early or too late to call on him.
Having his own business he and his son are always on call, as they repair large vehicles, which companies and individuals count on them being repaired correctly so they may provide for employees and their families.

Thank you for your time and consideration.

Respectfully,

Mary M. Jamison

The Honorable Chief Justice Boasberg

United States District Court for the District of Columbia

33 Constitution Avenue N. W.

D.C. 20001


Dear Judge Boasberg,


I am writing this letter as a character reference for Willard J Perkel. I am the owner of 2 full line retail pet stores in Louisiana. Will has been a customer of mine for many many years. I know Will to be a man of high integrity. Over the years I have seen him donate dog food and items to the local shelters on countless occasions. Will has alway been extremely generous with his time, money, and energy to local events. I consider Will and his son Colby to be very good friends through our relationship that we have developed over the years through my store Adventure Pets. Given what I know of Will I find his being caught up in the events of the day to be highly out of character for him.

I feel from what I have gathered of the events that he was caught up in the crowd like we get caught up in the Mardis Gras crowds down here in New Orleans. There is just no way that I can see him being destructive and he was not. I ask that you take these things into consideration. Thank you for the opportunity to speak on behalf of my friend.


G. Stephen Creech

Adventure Pets Inc.

3547 Hwy 190

Mandeville, La. 70471

Honorable Chief Judge Boasberg,
U.S District Court for the District of Columbia,
333 Constitution Ave N.W.,
Washington D.C. 20001

Greetings Your Honor, my name is Samantha DiMaggio. I am the future daughter in law of Mr. Will who I have known for 8 years. Upon first seeing how Mr. Will and Colby interacted, it was very interesting and wholesome. They were always helping others In need, together. The both of them have a relationship and bond that I can only describe as not only father/son but as absolute best friends. Mr. Will loves Colby to pieces, and I've seen firsthand his kind soul and caring nature. I've even been blessed enough to have received much help from Mr. Will myself.

Unfortunately, my late father passed away due to cancer when I was only 10 years old. With that, there are many things I missed out on growing up years following when a girl needs her dad the most. Though nothing can fill that void. Mr. Will has extended his heart and caring nature to myself and shared with me his wisdom and his home. Without getting into a lot of detail, my relationship with my mom and sisters has not been what you'd call perfect. At the age of 20, When I first met Colby, my living situation was changing, and I did not have a vehicle though I worked I just could not always make ends meet. I did not possess a drivers license. I did have a bit saved up but not quite enough. Colby had taken me to get my permit, then my license. And shortly after that Mr. Will offered to match what I had saved up and help me buy my first car, a car I still have to this day. There would be many more vehicle endeavors that Mr. Will helped with financially. All of which were crucial in my ability to work and maintain a stable job of more than 5 years as an insurance secretary.

Mr. Will and Colby were instrumental in bringing out the best in myself and helping me achieve my goals, just as I've watched Mr. Will and Colby help each other to achieve their goals and dreams. Following our engagement Mr. Will not only orchestrated our entire engagement party, he opened up his home for me to live there with Colby so we can plan our lives financially from a spot where we aren't having to spend 1,500+ on rent every month, following some ground rules of course.

I've witnessed Mr. Will work hard alongside my fiancé to help those less fortunate. As I mentioned in my character reference for Colby. Fairhaven's home for children was a place my dad grew up, so watching the two of them donate and make sure the kids there now, have what they need hits home emotionally. Mr. Will works tirelessly to make things happen

for those less fortunate or in need because he too came from a place of misfortune and understands how hard it is surviving in the world. Mr. Will always loves going to church as a family, especially around Christmas which is his favorite time of year. Mr. Will embodies the spirit of Christmas as he always implores us not to get him any gifts, while making sure everyone else has something to open. I have seen more occasions than I can count where Mr. Will acted selflessly and provided individuals or groups of individuals with things that are a necessity or things some only dreamed of acquiring such is the example with the vehicles he and Colby have restored together to give to loved ones.

 Mr. Will has reflected on and stressed his guilt for being at the capital that day and has admitted his mistake. I beg the court and your honor take into consideration Mr. Wills loving and giving nature, and his prior service to this country. His absence would render difficulties here at home emotionally and financially. I thank the court for consideration of this letter.


Sincerely,

Samantha DiMaggio.



Dear Judge Boesberg,

I am writing this letter on behalf of a friend of mine, Willard Purkel.

I have known Will for well over 12 years now. Not only professionally but personally. He is one of the most kind hearted people that I have ever had the privilege of meeting.

The first time he had ordered some parts from us, it was for a piece of equipment he was working on. We ordered the parts right away, but the factory didn't get the parts out in a timely matter like they said they would. Well, needless to say, he called every day to check on the parts. When he finally got his parts, I figured we would lose his business and never hear from him again. As time went on, we began to form a friendship and gain a long-time returning customer. At this point I realized that he wasn't like most people, just trying to hurry up and get the parts to make money. He was actually trying to help someone in need and get their equipment up and running faster so **THEY** could get back to work.

Due to the historical flood of 2016 that devastated some parts of south Louisiana my business ended up with 4-1/2 feet of water in it. When Will learned that we had taken on water he dropped everything he was doing to come & lend a helping hand. He even brought us tools so we could keep our business up & going. He even helped us drain & change the fluids in **ALL** our equipment. He has always been just a phone call away if I have ever needed anything.

Will is a considerate, compassionate, caring, hardworking and honest man who puts many others and/or their needs before his own and I am proud to call Willard Purkel a dear friend of mine.

Sincerely,

Charles Rumfola
Rumfola Sales & Service

Rumfola Sales & Service LLC
10898 North Dual
Baton Rouge, La. 70814
Phone: 225-757-5339
Fax:225-757-5349
www.rumfolasales.com



**St. Joseph's Indian School**
We serve and teach, we receive and learn.
PO Box 326 • Chamberlain, SD 57326
1-800-341-2235 • www.stjo.org

160848580
Will Purkel
20356 Helenbirg Rd
Covington, LA 70433-5539

July 17, 2024

Dear Will,

**Philámayaye** — *thank you* — for your generous gift of $100.00 and for all that you have done for the children since January of 2022. You are a dear **kȟolá** — *friend* — to the Lakota (Sioux) boys and girls and your support means the world to them!

We are grateful for the difference you help make in the lives of the children. Together, we are providing hope for a brighter future for each student entrusted to our care at St. Joseph's Indian School .

Thank you for giving the Lakota children a loving home-away-from-home and a quality education. Your love, concern and generosity are appreciated by every boy and girl!

You are remembered in our daily prayers for the generosity and compassion you show all God's children, especially the Native American boys and girls at St. Joseph's Indian School.

Peace and Blessings,

Fr. Greg

Fr. Greg Schill, SCJ
Chaplain